## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 786 MAL 2018

             Respondent             :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

             v.                         :

                                  :

SHAWN JONES,                     :

                                  :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.